
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENVER KARAFILI, | No. 09-55388 |
| Petitioner - Appellant, | D.C. No. 3:07-cv-01372-BEN-NLS |
| v. | |
| JAMES E. TILTON, Warden and EDMUND G. BROWN, Jr., Attorney General of the State of California, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted September 2, 2011[**]
Pasadena, California

Before: ALARCÓN, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

Enver Karafili appeals the district court's dismissal of his 28 U.S.C. § 2254

habeas petition as untimely pursuant to 28 U.S.C. § 2244(d)(1). We affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not err in finding that Karafili's mental condition was not so severe that he was unable to file a timely federal petition. *See Bills v. Clark*, 628 F.3d 1092, 1099-1100 (9th Cir. 2010). As for Karafili's limited English skills, the record does not establish that he requested and was unable to obtain a translator or that it was his limited English skills that caused him to file an untimely federal petition. *Cf. Mendoza v. Carey*, 449 F.3d 1065, 1071 (9th Cir. 2006). Equitable tolling was correctly denied.

We decline to certify the uncertified issues raised by Karafili.

AFFIRMED.